UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DAVID BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00967 |
| | ) | |
| LIPPERT COMPONENTS | ) | |
| MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT LIPPERT COMPONENTS MANUFACTURING, INC.'S MOTION FOR SUMMARY JUDGMENT

Lippert Components Manufacturing, Inc. ("Lippert"), by counsel, hereby moves this Honorable Court for summary judgment, pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56-1(a), on all claims against it.

In support of Lippert's Motion for Summary Judgment, Lippert submits its Memorandum of Law and Appendix, which are incorporated herein by reference.

WHEREFORE Defendant Lippert Components Manufacturing, Inc. prays this Honorable Court grant its Motion for Summary Judgment on all claims against it, with prejudice, and grant all other just and proper relief.

Respectfully submitted,

MAY • OBERFELL • LORBER

*/s/ Sean M. Towner*
Sean M. Towner (29082-71)
Matthew J. Anderson (27511-71)
*Attorneys for Defendant, Lippert Components Manufacturing, Inc.*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on Wednesday, November 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                  /s/ *Matthew J. Anderson*
                                                  Matthew J. Anderson

MAY • OBERFELL • LORBER
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone:  (574) 243-4100
Facsimile:   (574) 232-9789
Email:       stowner@maylorber.com
               manderson@maylorber.com